BENJAMIN B. WAGNER
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2762
Facsimile:  (916) 554-2900

MICHAEL D. GRANSTON
JAMIE ANN YAVELBERG
ADAM J. SCHWARTZ
Department of Justice
Civil Division
Commercial Litigation Branch
P. O. Box 261
Benjamin Franklin Station
Washington, DC  20044
Telephone:  (202) 514-6831
Facsimile:  (202) 514-0280

Attorneys for the United States

**FILED**

**May 22, 2014**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATES OF ARKANSAS, CALIFORNIA, DELAWARE, DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MASSACHUSETTS, MICHIGAN, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, and WISCONSIN ex rel. ADOLFO SCHROEDER,<br><br>Plaintiffs,<br><br>vs.<br><br>MEDTRONIC, INC.,<br><br>Defendant. | CASE NO. 2:09-CV-0279 WBS EJB<br><br>UNITED STATES' NOTICE OF INTERVENTION FOR PURPOSE OF SETTLEMENT |

UNITED STATES' NOTICE OF INTERVENTION
FOR PURPOSE OF SETTLEMENT

1

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its decision to intervene in this case for the purpose of settlement. A Settlement Agreement resolving this matter between Defendant, Relator, and the United States has been executed and the parties will file a joint stipulation of dismissal shortly.

The United States requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

DATED: May 22, 2014                  Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney
Eastern District of California

By:     */s/ Catherine J. Swann*
CATHERINE J. SWANN
Assistant United States Attorney